HAROLD BENTLEY, as Administrator, etc., of MABEL R. BENTLEY, Deceased, Respondent, v. LESLIE McCUBBIN and Another, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for death of plaintiff's intestate in an automobile negligence action. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

MOSES ANDERSON, as Committee of the Person and Property of BENJAMIN ANDERSON, an Incompetent Person, Respondent, v. ELIZABETH SNELL, Appellant. — Judgment and order affirmed, with costs. All concur. (The judgment awards damages for personal injuries in an automobile negligence action. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

In the Matter of the Application of ADAM GOETTEL, Respondent, for an Order of Mandamus against ALBERT L. BROWN, as Director of the New York State Fair, and PETER G. TEN EYCK, as Commissioner of Agriculture and Markets of the State of New York, Appellants.— Order so far as appealed from modified on the law by decreasing the amount of salary ordered paid by the sum of $104, and as modified affirmed, without costs, on the authority of *People ex rel. Robesch* v. *President of Borough of Queens* (190 N. Y. 497). All concur. (The mandamus order directs reinstatement of petitioner as gardener in greenhouses on New York State Fair grounds.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

In the Matter of the Application of ADAM GOETTEL, Petitioner, for an Order of Certiorari against PETER G. TEN EYCK, as Commissioner of Agriculture and Markets of the State of New York, Respondent.*— Determination annulled on the facts and petitioner reinstated and salary ordered paid in accordance with the provisions of section 23 of the Civil Service Law, as amended by chapter 734 of the Laws of 1935, with fifty dollars costs and disbursements, on the ground that there was such a preponderance of proof against the existence of the fact of incapacity charged by the respondent that the determination of incapacity was against the weight of the evidence. All concur, except Crosby, J., who dissents and votes for confirming the determination. (The order of certiorari directs the review of action of respondent in dismissing the petitioner as gardener in greenhouses on New York State Fair grounds.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.